USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR MONTOYA QUINTERO,

Petitioner,

-v-

TODD LYONS, *et al.*,

Respondents.

1:26-cv-6605-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner Cesar Montoya Quintero brings this petition for a writ of *habeas corpus* by next friend, Richard Mendez, who is proceeding *pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Cesar Montoya Quintero nor Richard Mendez filed an IFP application or paid the $5.00 fee.

Accordingly, within 7 days of the date of this order, Cesar Montoya Quintero or Richard Mendez must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 26-CV-6605 (GHW). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Cesar Montoya Quintero or Richard Mendez fail to comply with this order within the time allowed, and do not request additional time to respond, the Court will dismiss this action.

Because, at this time, the petition makes no substantial showing of a denial of a

[1] An IFP application form is attached to this order.

constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and email a copy of this order to Richard Mendez at the address listed on the docket sheet for this action. Richard Mendez may receive court documents by email by completing the form, Consent to Electronic Service.[2]

SO ORDERED.

Dated: August 3, 2026

GREGORY H. WOODS
United States District Judge

[2] For more information about consenting to electronic service, please review the court's Instructions. If Richard Mendez consents to receive documents by email, Richard Mendez will no longer receive court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_______________________________________

_______________________________________

(full name(s) of the defendant(s)/respondent(s))

_____ CV __________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)

   I am being held at: _______________________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________

   If "no," what was your last date of employment? ____________________

   Gross monthly wages at the time: ____________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)