USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CESAR MONTOYA QUINTERO,<br><br>Petitioner,<br><br>-v-<br><br>TODD LYONS, *et al.*,<br><br>Respondents. | : | 1:26-cv-6605-GHW<br><br><u>TRANSFER ORDER</u> |

GREGORY H. WOODS, United States District Judge:

Petitioner, through next friend Richard Mendez, brings this Petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. For the following reasons, the Court transfers this action to the United States District Court for the District of New Jersey.

Petitioner filed this petition on August 2, 2026 at 12:46 p.m. Dkt. No. 1. Respondents assert that at 12:46 p.m. Petitioner was detained at Delaney Hall Detention Facility in Newark, New Jersey. Dkt. No. 7 at 1. Accordingly, because Petitioner was not located in the Southern District of New York at the time he filed this Petition, and therefore, the Court does not have jurisdiction over his custodian, *see Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004), in the interest of justice, the Court transfers this petition to the United States District Court for the District of New Jersey. *See* 28 U.S.C. §§ 1404(a), 1406(a).

The Court directs the Clerk of Court to transfer this action to the District of New Jersey. **The Court waives Local Civil Rule 83.1, which requires a seven-day delay before the Clerk of Court may transfer a case, and directs immediate transfer.**

The Clerk of Court is directed to email a copy of this order to usanys.2241@usdoj.gov.

**The United States Attorney is directed forthwith to alert the Chief of the Civil Division United States Attorney's Office for the District of New Jersey of the transfer of this matter.**

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and to email a copy of this order to Richard Mendez at the address listed on the docket sheet for this action.

This order closes the case in the Southern District of New York.

SO ORDERED.

Dated: August 4, 2026

GREGORY H. WOODS
United States District Judge